**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA 17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

July 7, 2009

Clerk, U.S. Bankruptcy Court

RE: Carl T. Upshaw Jr.
    Bankruptcy Case No. 5-05-54213
    Unclaimed Funds For: Citifinancial
                      70 S Locust St.
                        Harleton PA 18201

Dear Clerk:

    Enclosed herewith please find check No.746041 for $685.19 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

    Should you have any questions or concerns regarding this matter, please feel free to contact our office.

                                Very truly yours,

                                Carol A. Kreider
                                Funds Manager

FILED WILKES-BARRE, PA. 2009 JUL -9 AM 11:19 CLERK U.S. BANKRUPTCY COURT

Case 5:05-bk-54213-JJT   Doc 57   Filed 07/09/09   Entered 07/09/09 12:35:36   Desc